Writ of Mandamus Denied, Opinion issued December 20 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-12-01706-CV

---

## IN RE MARK D. PACKER, Relator

---

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-06711-C**

---

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Murphy
Opinion by Justice Francis

Relator contends the trial judge erred in ordering discovery and assessing sanctions. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus and emergency motion for temporary relief.

MOLLY FRANCIS
JUSTICE

121706F.P05